IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Maria Bowen, | : | |
| Plaintiff | : | Civil Action 2:14-cv-00365 |
| v. | : | Judge Frost |
| Starbucks Coffee Company, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order

Defendant Starbuck Corporation's unopposed January 9, 2015 motion to compel discovery and for sanctions (doc. 15) is GRANTED. Defendant served written discovery August 22, 2104. As of the time defendant filed the motion to compel, plaintiff had not responded to defendant's written discovery.

Defendant shall serve plaintiff's counsel with a statement of the legal services rendered to prepare the motion within 14 days of the date of this Order. If plaintiff contests the reasonableness of those fees, she must file a request for a hearing to determine the reasonableness of the fees request within 14 days of receiving defendant's statement.

If plaintiff has not already done so, plaintiff is ORDERED to respond to defendant's written discovery within 14 days of the date of this Order.

**Non-dispositive notice right appeal**

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the

District Judge.  The motion must specifically designate the Order, or part thereof, in

question and the basis for any objection thereto.  The District Judge, upon consideration of

the motion, shall set aside any part of this Order found to be clearly erroneous or contrary

to law.

s/Mark R. Abel
United States Magistrate Judge
