# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARIA BOWEN,**

    **Plaintiff,**

    v.

**STARBUCKS COFFEE COMPANY, et al.,**

    **Defendants.**

**Case No. 2:14-cv-365**
**Judge Gregory L. Frost**

## ORDER

The Court having been advised by counsel for the parties that the above matter has been settled (ECF No. 21), it is **ORDERED** that this action (including all claims by all parties) is hereby **DISMISSED WITH PREJUDICE**, provided that any of the parties may, upon good cause shown not later than November 23, 2015, reopen the action if settlement is not consummated. The parties may substitute a judgment entry contemplated by the settlement agreement upon approval of the Court.

This Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties.

Each party shall bear its own costs.

**IT IS SO ORDERED.**

        /s/ Gregory L. Frost
        Gregory L. Frost
        United States District Judge